IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

IN RE:
    Jesse Madden                           \*

                                            \*           CASE NO. 21-80001
                                            \*
                                            \*
                                            \*
                                            \*           CHAPTER 13

<u>CUMULATIVE STATEMENT OF AMENDMENTS</u>

**COMES NOW** the debtor, by and through his attorney of record in the above-captioned case, and pursuant to Bankruptcy Rule 3015, and Local Rule 3015-1(c) amends his Chapter 13 Plan:

1. In section 2, the payment amount is increased to $483.00 semi-monthly.
2. In section 8, the amount of arrears owed to Sun West Mortgage is increased to $34,575.28 per proof of claim #18 with a monthly payment of $595.00.
3. In section 9, the amount of debt owed to Sun West Mortgage is increased to $155,957.44 per proof of claim #18 with a direct payment amount of $900.42.

Respectfully submitted this   15th   day of March, 2021.


                                                                BOND, BOTES, SHINN & DONALDSON, P.C.

                                                                <u>/s/ Mary Conner Pool</u>
                                                                Attorney for Debtor
                                                                P.O. Box 4479
                                                                Montgomery, Alabama 36103
                                                                Phone (334) 264-3363
                                                                Fax (334) 230-5406
                                                                mpool@bondnbotes.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing statement as well as the attached amended plan on the parties listed below by mailing a copy of the same to them on this ___15th___ day of March, 2021.

**By CM/ECF:**
Hon. Sabrina L. McKinney, Chapter 13 Trustee, (via electronic filing)

**By Certified Mail:**

**By First Class Mail, Postage Prepaid:**
Jesse Madden (via email)
Sun West Mortgage Company, Inc., Bankruptcy Department, 6131 Orangethorpe Ave, Ste 500, Buena Park, CA 90620.
Jackson E. Duncan, III, McCalla, Paymer, Leibert, Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076.

/s/ Mary Conner Pool
Attorney for Debtor